Nancy Curry, Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
TEL: (213) 689-3014
FAX: (213) 689-3055

|  | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** |
|---|---|
| IN RE<br><br>BARRERA, HELEN SALVATIERRA<br><br><br><br><br><br>Debtor | Case No. 2:16-bk-11065-WB<br><br>Chapter 13<br><br>**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307**<br><br>Date: April 20, 2016<br>Time: 10:00 AM<br>Ctrm: 1375<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |

    The Chapter 13 Standing Trustee hereby objects to the confirmation of the proposed plan because the Debtor has failed to meet all necessary requirements as detailed in the attached declaration and supporting Exhibit A.

    THE FAILURE OF THE DEBTOR, OR THE ATTORNEY REPRESENTING THE DEBTOR, TO RESPOND TO THESE OBJECTIONS, APPEAR AT THE CONFIRMATION HEARING AND FAILURE TO PRESENT EVIDENCE THAT ALL REQUIRED PAYMENTS ARE CURRENT MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE. THEREFORE, the Trustee respectfully requests that confirmation of the plan be denied and for such other relief as the Court may deem appropriate.

DATED: March 9, 2016                                                     /s/ Nancy Curry
                                                                                                                          Chapter 13 Standing Trustee

## DECLARATION OF MASAKO OKUDA

I, MASAKO OKUDA, declare as follows:

1. Nancy Curry is the Chapter 13 Standing Trustee in this matter:

   **BARRERA, HELEN SALVATIERRA ,  2:16-bk-11065-WB**

   I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. The Trustee has files and records kept by her office in  the regular course of business. I have personally reviewed the files and records kept by her office in  the within case. The following facts are true and correct within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I object to confirmation of the proposed Plan because of the specific deficiencies which are set forth in the attached Exhibit A which is incorporated herein by reference.

   I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on March 9, 2016.

DATED: March 9, 2016                                      /s/ Masako Okuda
                                                                              Masako Okuda

**Debtor:** Helen Salvatierra Barrera
**Case No.:** 2:16-bk-11065-WB    §341(a): 3/8/16    **Debtor attorney:** Lawrence B Yang

**EXHIBIT A**

If the Debtor fails to produce the requested documents and fails to resolve the issues set forth in this objection to confirmation, the Trustee will recommend dismissal or conversion of the case for cause and unreasonable delay that is prejudicial to creditors. See 11 USC §§1307(c) and 1307(c)(1).

Other issues may arise at or before confirmation requiring additional action or information by the debtor and counsel.

The Debtor has a duty to cooperate with the Trustee. See 11 USC §521(a)(3) and FRBP 4002(4).

The Trustee will move to dismiss the case if the below deficiencies are not fully addressed timely; that is, not later than 10 days before the confirmation hearing.

The Debtor has the burden of proof for plan confirmation. See In re: *Huerta* 137 BR 356, 365 (Bkrtcy. C.D.Cal., 1992), In re: *Wolff* 22 BR 510, 512 (9th Cir. BAP (Cal.) 1982), In re *Hill* 268 BR 548, 552 (9th Cir. BAP (Cal.), 2001).

| **Objection** | **Possible Resolution** |
|---|---|
| **Payments are not current** | |
| Declaration attesting that all deed of trust (mortgage) payments are current has not been filed, LBR 3015-1(m). | Comply with LBR 3015-1 |
| **Failure to disclose** | **In re Rolland, 317 BR 402 (Bankr. C.D. Cal 2004)** |
| The Debtor has failed to disclose two prior Chapter 7 cases filed in 1992 and 2009. [11 USC §521(a)(1)] | Amend the Statement of Related Cases |
| **Feasibility** | |
| The Plan is infeasible because 100% of general unsecured claims will not be paid within the term at the present plan payment if the junior lien on the residence is avoided as unsecured. | Demonstrate plan feasibility |
| **Income** | |
| The Debtor has failed to timely (7 days before the §341(a) debtor examination) provide:<br><br>(1) Payment advices (documentation) to prove income received during the sixty days preceding the date of the petition [11 USC §521(a)(1), LBR 3015-1(c)(3)].<br><br>(2) Complete copies of Federal and State Income Tax Returns, including W-2s, 1099s (or other supporting documentation) for the most recently ended calendar year [ 11 USC §521(e)(2), LBR 3015-1(c)(3)]. | Provide (1) proof of the Social Security income and (2) copies of 2015 tax returns |
| The Debtor has failed to provide documentation of rental income (such as bank statements reflecting rental income deposits).<br><br>$800/mo | Document rental income with evidence such as bank statements showing rent deposits |

| |
|---|
| **Future tax refunds** |
| The Debtor must commit all disposable income including tax refunds received during the term of the Plan.<br><br>Any state and federal income tax refunds that are issued to the debtor during the plan term in excess of $1,500 shall be paid to the Chapter 13 Trustee.<br><br>11 USC §1325(b)(1)(B); In re Diaz, 459 B.R. 86 (Bankr. C.D. CA. 2011). |

Case 2:16-bk-11065-WB    Doc 12    Filed 03/09/16    Entered 03/09/16 08:42:49    Desc
Page 5 of 5

# PROOF OF SERVICE DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify) **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 9, 2016, I checked the CM/ECF document for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2. SERVED BY UNITED STATES MAIL:**
On March 9, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

BARRERA, HELEN SALVATIERRA

412 E. ELLIS STREET
LONG BEACH, CA 90805

LAWRENCE BAUTISTA YANG

20687- 2 AMAR ROAD, STE. 245
WALNUT, CA 91789-

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 9, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia Brand
U.S. Bankruptcy Court
Bin outside of Suite 1382
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury that the laws of the United States that the foregoing is true and correct.

| March 9, 2016 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| Date | Type Name | Signature |