| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lawrence B. Yang, Esq., CSB 164286<br>LAW OFFICES OF LAWRENCE BAUTISTA YANG<br>20687 Amar Road SUITE 2, MAILSTOP 245<br>Walnut, CA 91789<br>Tel (626) 284-1142 Fax (626) 587-8503<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br><br>Helen S. Barrera<br><br><br><br>Debtor(s). | CASE NO.:2:16-bk-11065-WB<br><br>CHAPTER: 13 |
|---|---|
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]** |
| | DATE: 06/08/2016<br>TIME: 1:30 pm<br>COURTROOM: 1375 |

1. **TO:** JP Morgan Chase Bank, N.A.

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an order granting the relief set forth in the motion and accompanying supporting documents served and filed herewith.

3. **Hearing Location:**

   ☒ 255 East Temple Street, Los Angeles, CA 90012        ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

4. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

5. **Deadline for Opposition Papers:** This motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.


Date:  5/13/2016


 Law Offices of Lawrence Bautista Yang
Printed name of law firm (if applicable)

 Lawrence B. Yang
Printed name of Debtor or attorney for Debtor


 /s/ Lawrence B. Yang
Signature of Debtor or attorney for Debtor

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                          **F 4003-2.4.JR.LIEN.MOTION**

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
**(DEBTOR:** Helen S. Barrera                                          )

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent):** JPMorgan Chase Bank, N.A.

1. **Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

   Street address:         412 E. Ellis St.

   Unit number:

   City, state, zip code:   Long Beach, CA  90805

   Legal description of Property or document recording number (*including county of recording*):
   Lot 2 of Tract no. 5966 as shown on Map filed in Book 65 of Maps, Page(s) 64 in the Office of the County
   Recorder of Los Angeles County Parcel ID7127-024-002.

   ☐ See attached page for legal description of Property or document recording number.

2. **Case History:**

   a. A voluntary petition under chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed on (*specify petition date*): 01/29/2016          .

   b. ☐ An Order of Conversion to chapter 13 was entered on (*specify date*): _____.

3. **Grounds for Avoidance of Junior Lien:**

   a. As of (*date of title review*) 12/29/2015          , the Property is subject to the following liens in the amounts specified securing the debt against the Property that the Debtor seeks to have treated as indicated:

      (1) (*Name of holder of 1st lien*) Bk of America/Rushmore Loan Mgmt Svcs  in the amount of $ 512,236.07          .

      (2) (*Name of holder of 2nd lien*) JPMorgan Chase Bank, N.A.          in the amount of $ 24,500.00          ☒ is ☐ is not  to be avoided;

      (3) (*Name of holder of 3rd lien*) _____ in the amount of $ _____ ☐ is ☐ is not  to be avoided;

      ☐ See attached page for additional lien(s).

      As of (*date of valuation/appraisal*) 12/29/2015          , Property is worth no more than (*value per valuation/appraisal*) $ 345,000.00          .

   b. As a result, each Respondent's Lien encumbering the Property is wholly unsecured.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3                        **F 4003-2.4.JR.LIEN.MOTION**

c. **Evidence in Support of Motion:**

(1) ☐ The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*)
_____, attached hereto and identified as Exhibit ___ .

(2) ☐ The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*)
_____, attached hereto and identified as Exhibit ___ .

(3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*)
_____, attached hereto and identified as Exhibit ___ .

(4) ☐ The relative priority of the liens encumbering the Property is established by evidence attached as
Exhibit ___ .

(5) ☐ The value of the Property from paragraph 3(b) is based on (*type of evidence*)
_____, attached as Exhibit ___ .

(6) ☒ Debtor submits the attached Declaration(s).

(7) ☒ Other evidence (*specify/identify supplemental evidence*): Appraisal report 12/29/2015; Redfin
estimate 5/11/2016; Rushmore statement 01/01/2016, etc. attchd to Decl._____, attached as Exhibit ___ .

d. **WHEREFORE, Debtor prays that this court issue an order granting this motion and establishing that:**

(1) The Property is valued at no more than (*requested value*) $ 345,000.00_____.

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance
payments are not to be made, before the Debtor's ☐ completion of the chapter 13 plan, or ☒ receipt of a
chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured
claim(s) in the amount per filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon: Debtor's ☐ completion of the
chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the
corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the
conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or
if the Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan or ☒ receipt of
a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest
and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and
receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than
necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior
lien(s).

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 4                          **F 4003-2.4.JR.LIEN.MOTION**

e.    ☐    See attached continuation page for additional provisions.

Date:   05/13/2016

Respectfully submitted,

/s/ Lawrence B. Yang
Signature of Debtor or attorney for Debtor

Lawrence B. Yang
Printed name of Debtor or attorney for Debtor

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 5                               **F 4003-2.4.JR.LIEN.MOTION**

DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN

| *In Re:*          *(SHORT TITLE)* | | CHAPTER  13 |
|---|---|---|
| Helen S. Barrera | | |
| | Debtor(s) | CASE NO.: 2:16-bk-11065-WB |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*20687 Amar Road SUITE 2, MAILSTOP 245, Walnut, CA 91789*

A true and correct copy of the foregoing document described as **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C.§ 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-s(d), and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **May 13, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(s) indicated below:

*US TRUSTEE (LA): ustpregion16.la.ecf@usdoj.gov*
*Nancy K Curry (TR): ecfnc@trustee13.com*
*Lawrence B Yang on behalf of Debtor: LBYLAW@hotmail.com*

          ☐    Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**:  On **May 13, 2016**, I served the following person(s) and/or entity(s) at the last known address(s) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

*JUDGE: The Hon Julia W Brand, SUITE 1382, US Bankruptcy Court, Roybal Fed Bldg., 255 E Temple St., Los Angeles, CA 90012*
*DEBTOR: Helen S Barrera, 412 E Ellis St, Long Beach, CA 90805-4616*

          ■    Service information continued on attached page

III. **SERVED BY FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served).**  Pursuant to Fed.R.Civ.Proc.5 and/or controlling LBR, on **May 13, 2016**, I served the following person(s) who, and/or entity(s) that, consented in writing to such service method, by facsimile transmission and/or email as follows:

          ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/13/2016 | Angelie Valentine | /s/ Angelie Valentine |
|---|---|---|
| *Date* | *Name* | *Signature* |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Helen S Barrera
Chapter    13
Case no.    2:16-bk-    11065-WB

5/13/2016 F4003-2.4.JR.LIEN.MOTION

**SERVED BY US MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL**

*1st Lienholder*
PRESIDENT                          *Address from:*          *Delivery Method:*
BANK OF AMERICA                    FDIC website             Certified mail: Tracking #
555 Califoarnia St                                          7015 1730 0002 2928 1336
San Francisco, CA 94104-1503

*1st Lienholder & Agent for Service of Process*
CT CORP SYSTEM                     *Address from:*          *Delivery Method:*
818 W Seventh St FL 2              B of A Legal Order       US mail
Los Angeles, CA 90017-3407         Processing Public
                                   Notice

*1st Lienholder & Servicing Agent*
RUSHMORE LOAN                      *Address from:*          *Delivery Method:*
MANAGEMENT SERVICES                Notice of                US mail
Pob 55004                          Assignment
Irvine, CA 92619-5004

*2nd Lienholder*
CEO JAMIE DIMON                    *Address from:*          *Delivery Method:*
JPMORGAN CHASE BANK NA             FDIC website             Certified mail: Tracking #
1111 Polaris Pkwy                                           7015 1730 0002 2928 1343
Columbus, OH 43240-2031

*2nd Lienholder & Agent for Service of Process*
CT CORP SYSTEM                     *Address from:*          *Delivery Method:*
818 W Seventh St FL 2              Secretary of State       US mail
Los Angeles, CA 90017-3407

*2nd Lienholder & Servicing Agent*
JPMORGAN CHASE BANK NA             *Address from:*          *Delivery Method:*
1111 Polaris Pkwy                  FDIC website             US mail
Columbus, OH 43240-2031